AO 467 (Rev. 01/09; CAND version 03/19) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

Case 5:24-mj-70537-VKD   Document 5   Filed 04/04/24   Page 1 of 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Minh Truong,<br><br>Defendants. | Case No. <u>24-mj-70537-MAG-1</u> (VKD)<br><br>Charging District: Eastern District of California<br><br>Charging District's Case No.: 2:24-cr-00071-DJC |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place: | Courtroom No.: 9, 13th Floor |
|---|---|
| United States District Court<br>501 I Street<br>Sacramento, CA 95814 | Date and Time: April 24, 2024 at 2:00 p.m.<br>Judge Peterson |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: April 4, 2024

_Virginia K. DeMarchi_
Virginia K. DeMarchi
United States District Judge